**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

BRIAN GRASSICK,

                     **Plaintiff,**

-vs-                                 **Case No.  6:08-cv-613-Orl-28KRS**

AVATAR PROPERTIES, INC.,

                     **Defendant.**

_____

## ORDER

This case is before the Court on the Renewed Joint Motion for Approval of Settlement Agreement (Doc. No. 50) filed October 10, 2008.  The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that the parties have no objections to the Report and Recommendation (Doc. 56), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.     That the Report and Recommendation filed November 10, 2008 (Doc. No. 55) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     The Renewed Joint Motion for Approval of Settlement Agreement (Doc. No. 50) is granted in part and denied in part.

3.     The Clerk is directed to add the following persons as party plaintiffs to this action: Brian Grassick, Jesus Urbina, Taylor David Bowling, John DiVincenzo, Eduardo O. Valdes, Robin Stone, Edward Nowak, Scott Hyschak, Monica Arango, Cade Reaves,

Thomas Keahon, Jr., Andrew Howard, Jr., Travis Lowe, Jesus Nieves, Michael Emery, Brian Eckerson, Taylor M. Archer, Salvador Perez, Manuel Centeno, Edwin Bunton, Dana Rivenbark and Nelson Prado.

4.   The class allegations of the Complaint are dismissed.

5.   The payments to be made to the above named plaintiffs under the settlement agreement are a reasonable resolution of a bona fide dispute over Fair Labor Standard Act provisions.

6.   All pending motions are denied as moot.

7.   This Court does not reserve jurisdiction to enforce the settlement agreement.

8.   This case is dismissed with prejudice.

9.   The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __2 4__ day of November, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

-2-